Nos. 2,891 and 2,892.—THE STATE OF MONTANA, RESPOND-
ENT, *v.* HENRY EDGAR WHITTAKER, APPELLANT.

*Appeals from District Court of Chouteau County; John W.
Tattan, Judge.*

Decided October 4, 1910.

PER CURIAM.—Upon motion of the attorney general, it is
ordered that the appeals in the above-entitled causes be, and the
same are hereby, dismissed for failure on the part of appellant
to file briefs.

*Mr. R. H. Jones,* for Appellant.

*Mr. Albert J. Galen,* Attorney General, for Respondent.